**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 96-2839**

───────────

MARY M. ALEXANDER,

                                    Plaintiff - Appellant,

        versus

MARYLAND LOTTERY AGENCY,

                                    Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-93-973-S)

───────────

Submitted:  April 7, 1998          Decided:  April 24, 1998

───────────

Before MURNAGHAN, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mary M. Alexander, Appellant Pro Se. Lawrence Paul Fletcher-Hall, Assistant Attorney General, Margaret Witherup Tindall, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing this action alleging hostile environment sexual discrimination and denying Appellant's various post-judgment motions. Because the conduct alleged in this case to constitute harassment was not the sort that a reasonable person would find hostile or abusive, we affirm on the reasoning of the district court.[*] <u>Alexander v. Maryland Lottery</u>, No. CA-93-973-S (D. Md. Dec. 19, 1996). We deny the motion for leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>See</u> <u>Harris v. Forklift Sys., Inc.</u>, 510 U.S. 17, 21 (1993).

2